**Fill in this information to identify the case:**

Debtor: **StreamMe, Inc. (f/k/a Vubeology, Inc.)**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **19-11204**

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

Debtor **StreamMe, Inc. (f/k/a Vubeology, Inc.)** Case number (if known) **19-11204**

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
**Broadway North Partnership**
**8546 Broadway, Suite 209**

**San Antonio   TX   78217**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Breach of Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$49,000.00**

**3.2 Nonpriority creditor's name and mailing address**
**Charter Communications/Spectrum**
**Attn: Bankruptcy**
**12405 Powerscourt Dr.**

**St. Louis   MO   63131**

Date or dates debt was incurred
Last 4 digits of account number  4 0 1 8

**Reference #: 8260141464208362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Phone/Internet**

Is the claim subject to offset?
☑ No
☐ Yes

**$47,604.46**

**3.3 Nonpriority creditor's name and mailing address**
**McCarthy, Burgess & Wolff**
**c/o Paychex**
**26000 Cannon Road**

**Cleveland   OH   44146**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$366.67**

**3.4 Nonpriority creditor's name and mailing address**
**Ross Perkins**
**800 Stewart Street**

**Seattle   WA   98101**

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan to Fund Company**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,575,000.00**

Debtor **StreamMe, Inc. (f/k/a Vubeology, Inc.)** Case number (if known) **19-11204**

# Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,229,704.00** |

**Scott Perkins**
**14916 Flat Top Ranch Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Austin** **TX** **78732** **Loan to Fund Company**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,162,500.00** |

**Shawn Boday**
**800 Stewart Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Seattle** **WA** **98101** **Loan to fund Company**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**WAG Aquisitions, LLC**
**c/o Ronald Abramson**
**Liston Abramson LLP**
**600 Fifth Avenue, 2nd Floor**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

**New York** **NY** **10020** **Complaint on Patent Infringement**

Date or dates debt was incurred **various**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor  **StreamMe, Inc. (f/k/a Vubeology, Inc.)**          Case number (if known)  **19-11204**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$26,064,175.13** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$26,064,175.13** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | **StreamMe, Inc. (f/k/a Vubeology, Inc.)** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): | **19-11204** |

☑ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................................................................ **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.......................................................................................................... **$6,731.85**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B............................................................................................................ **$6,731.85**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................... **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................................... **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ **+ $26,064,175.13**

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................................................... **$26,064,175.13**

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | **StreamMe, Inc. (f/k/a Vubeology, Inc.)** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-11204** |

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/10/2019**         X **/s/ Shawn Boday**
MM / DD / YYYY                Signature of individual signing on behalf of debtor

**Shawn Boday**
Printed name

**Co-CEO**
Position or relationship to debtor

Official Form B202        Declaration Under Penalty of Perjury for Non-Individual Debtors

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **StreamMe, Inc. (f/k/a Vubeology, Inc.)**   CASE NO **19-11204**

CHAPTER **7**

*AMENDED 10/10/2019*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 10/10/2019   Signature /s/ Shawn Boday
*Shawn Boday*
*Co-CEO*

Date   Signature

McCarthy, Burgess & Wolff
c/o Paychex
26000 Cannon Road
Cleveland, OH 44146

United States Department of Justice
United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701